UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Stephanie Bryson**, | ) |
| Plaintiff, | ) Case No.: |
| v. | ) |
| | ) 4:21-cv-00050-O |
| **Reward Zone USA, LLC and Fluent Inc.**, | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

And now, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Stephanie Bryson, by and through her attorneys, files the instant notice of voluntary dismissal of her claims asserted against Defendants without prejudice.

RESPECTFULLY SUBMITTED,

Date:   10-27-21          By: */s/ Jacob U. Ginsburg, Esquire*
                                Jacob U. Ginsburg, Esquire
                                Kimmel & Silverman, P.C.
                                30 E. Butler Pike
                                Ambler, PA 19002
                                Phone: (215) 540-8888, ext. 104
                                Fax: (877) 788-2864
                                Email: jginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

      I, Jacob U. Ginsburg, Esquire, do certify on July 13, 2021, served a true and correct copy of my notice of notice of voluntary dismissal in the above-captioned matter, upon the Clerk of Court via CM/ECF system.

Dated: October 27, 2021                              By: /s/ Jacob U. Ginsburg
                                                                 Jacob U. Ginsburg, Esq.
                                                                 Kimmel & Silverman, P.C.
                                                                 30 East Butler Pike
                                                                 Ambler, PA 19002
                                                                 Phone: (215) 540-8888
                                                                 Facsimile: (877) 788-2864
                                                                 Email: jginsburg@creditlaw.com